UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 3:11-CV-0784 NJV |
| Plaintiff, | ORDER TO SHOW CAUSE |
| v. | |
| JALEEL ABDULLAH, | |
| Defendant. | |

Plaintiff's motion for summary judgment was filed and served by mail on September 16, 2011, and is set for hearing on November 1, 2011. Defendant's opposition was therefore due by October 3, 2011. Civil Local Rule 5-5(a)(2) and 7-3(a). To date, Defendant has not responded to the motion for summary judgment.

Accordingly, Defendant is hereby ordered to SHOW CAUSE why Plaintiff's motion for summary judgment should not be granted. A written response shall be filed no later than 4:30 p.m. on Friday, October 21, 2011. The matter is set for telephonic hearing at 10:00 a.m. on Monday, October 24, 2011. The parties should call 888-684-8852, enter access code 8120805 and then enter security code 4487.

IT IS SO ORDERED.

Dated: October 17, 2011

NANDOR J. VADAS
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

UNITED STATES OF AMERICA

        Plaintiff,

v.

JALEEL ABDULLAH,

        Defendant.

                               /

No. 3:11-CV-0784 NJV

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that on October 17, 2011, I served a true and correct copy of the attached by placing said copy in a postage paid envelope addressed to the person(s) listed below, by depositing said envelope in the U.S. Mail.

Jaleel Abdullah
3217 Liese Avenue, Apt.J
Oakland, CA 94612

Dated: October 17, 2011

                                   /s/ *Linn Van Meter*
                                      Linn Van Meter
                               Administrative Law Clerk to the
                               Honorable Nandor J. Vadas