UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 3:11-CV-0784 NJV |
| Plaintiff, | ORDER VACATING HEARING ON MOTION FOR SUMMARY JUDGMENT |
| v. | |
| JALEEL ABDULLAH, | |
| Defendant. | |

Plaintiff's motion for summary judgment is set for hearing on November 1, 2011. Pursuant to Civil Local Rule 7-1(b), the Court finds this matter appropriate for decision without oral argument. Accordingly, the Court takes the motion under submission on the papers.

IT IS SO ORDERED.

Dated: October 24, 2011

NANDOR J. VADAS
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

UNITED STATES OF AMERICA

No. 3:11-CV-0784 NJV

Plaintiff,

**CERTIFICATE OF SERVICE**

v.

JALEEL ABDULLAH,

Defendant.
_____/

I, the undersigned, hereby certify that on October 24, 2011, I served a true and correct copy of the attached by placing said copy in a postage paid envelope addressed to the person(s) listed below, by depositing said envelope in the U.S. Mail.

Jaleel Abdullah
3217 Liese Avenue, Apt.J
Oakland, CA 94612

Dated: October 24, 2011

/s/ *Linn Van Meter*
Linn Van Meter
Administrative Law Clerk to the
Honorable Nandor J. Vadas