UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JALEEL ABDULLAH,<br><br>Defendant.<br>_____/ | No. 3:11-CV-0784 NJV<br><br>ORDER VACATING HEARING ON MOTION FOR SUMMARY JUDGMENT |

Plaintiff's motion for summary judgment is set for hearing on November 1, 2011. Pursuant to Civil Local Rule 7-1(b), the Court finds this matter appropriate for decision without oral argument. Accordingly, the Court takes the motion under submission on the papers.

IT IS SO ORDERED.

Dated: October 24, 2011

NANDOR J. VADAS
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

UNITED STATES OF AMERICA

Plaintiff,

v.

JALEEL ABDULLAH,

Defendant.
_____/

No. 3:11-CV-0784 NJV

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that on October 24, 2011, I served a true and correct copy of the attached by placing said copy in a postage paid envelope addressed to the person(s) listed below, by depositing said envelope in the U.S. Mail.

Jaleel Abdullah
3217 Liese Avenue, Apt.J
Oakland, CA 94612

Dated: October 24, 2011

/s/ *Linn Van Meter*
Linn Van Meter
Administrative Law Clerk to the
Honorable Nandor J. Vadas

2