IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. C 11-00784 CRB |
| Plaintiff, | **ORDER ADOPTING REPORT AND RECOMMENDATION** |
| v. | |
| JALEEL ABDULLAH a.k.a. JALEEL H. ABDULLAH, | |
| Defendant. | |

The court has reviewed Magistrate Judge Vadas's Report and Recommendation regarding Defendant's Motion for Summary Judgment under Federal Rule of Civil Procedure 56. No objections have been filed. The Court finds the Report correct, well-reasoned, and thorough, and adopts it in every respect. Accordingly, Defendant's Motion for Summary Judgment GRANTED.

**IT IS SO ORDERED.**

Dated: December 8, 2011

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE