IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. C 11-00784 CRB |
| Plaintiff, | **JUDGMENT** |
| v. | |
| JALEEL ABDULLAH a.k.a. JALEEL H. ABDULLAH, | |
| Defendant. / | |

    Having granted Plaintiff's Motion for Summary Judgment, <u>see</u> dkt. 28, the Court hereby enters judgment for Plaintiff and against Defendant Jaleel Abdullah, a.k.a. Jaleel H. Abdullah, in the amount of $47,607.72.

    **IT IS SO ORDERED.**

Dated: December 9, 2011

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

G:\CRBALL\2011\784\Judgment.wpd