**United States District Court**
**For the Northern District of California**

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>JALEEL ABDULLAH a.k.a.<br>JALEEL H. ABDULLAH,<br><br>    Defendant.<br>_____/ | No. C 11-00784 CRB<br><br>**JUDGMENT** |

    Having granted Plaintiff's Motion for Summary Judgment, <u>see</u> dkt. 28, the Court hereby enters judgment for Plaintiff and against Defendant Jaleel Abdullah, a.k.a. Jaleel H. Abdullah, in the amount of $47,607.72.

    **IT IS SO ORDERED.**

Dated: December 9, 2011

CHARLES  R. BREYER
UNITED STATES DISTRICT JUDGE

G:\CRBALL\2011\784\Judgment.wpd